

# NUMBER 13-11-00501-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

AVA HOPKINS, **Appellant,**

**v.**

M.S. MANAGEMENT CO., INC., **Appellee.**

## On Appeal from the 105th District Court
## of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Vela, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Ava Hopkins, perfected an appeal from a judgment entered by the 105th District Court of Nueces County, Texas, in cause number 2011-DCV-2411-D. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the appellant no longer wishes to pursue this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
20th day of October, 2011.

2